IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| MILES MUSGRAVES, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | No. CIV-17-241-C |
| | ) | |
| JOHN FOX, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

ORDER ADOPTING REPORT AND RECOMMENDATION

This action for habeas corpus relief brought by a prisoner, proceeding pro se, was referred to United States Magistrate Judge Gary M. Purcell, consistent with the provisions of 28 U.S.C. § 636(b)(1)(B). Judge Purcell entered a Report and Recommendation on April 18, 2017. The Petitioner has not filed any objection, but has filed an Amended Petition. But for the reasons stated in the Report and Recommendation, this Court is without jurisdiction to adjudicate Petitioner's attack on a sentence imposed in another federal district.

Accordingly, the Court adopts, in its entirety, the Report and Recommendation (Dkt. No. 9) of the Magistrate Judge, and for the reasons announced therein, this action is dismissed without prejudice for lack of jurisdiction.

IT IS SO ORDERED this 1st day of June, 2017.

ROBIN J. CAUTHRON
United States District Judge